UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ZEFERINO CASTELAN-HILARIO, MARIO
QUIRINO, OSCAR ORTEGA, and MARCOS
GEOVANNY, on behalf of themselves and
others similarly situated,

Case No. 15-cv-02015-RJS

                        Plaintiffs,

**NOTICE OF
BANKRUPTCY FILING**

v.

VIDA CAFÉ INC. d/b/a MAMAJUANA CAFÉ,
RANCHO VIDA LLC d/b/a MAMAJUANA CAFÉ,
VICTOR OSORIO, VICTOR SANTOS and
JOHN DOES 1-10,

                        Defendants.
------------------------------------------------------------------x

TO THE CLERK OF THE ABOVE-ENTITLED COURT
AND THE PARTIES TO THE ABOVE-CAPTIONED ACTION:

        **PLEASE TAKE NOTICE** that defendant Vida Café Inc. d/b/a Mamajuana Café did, on July 11, 2016, file a voluntary petition for relief under chapter 11 of title 11 of the United States Code (*i.e.*, 11 U.S.C. §§ 101, *et seq.*) (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York under Case No. 16-11978. A copy of a Notice of Bankruptcy Case Filing confirming same is attached hereto; and

        **PLEASE TAKE FURTHER NOTICE**, that by virtue of § 362(a) of the Bankruptcy Code, any and all actions or proceedings in or in connection with the above-captioned action as against Vida Café Inc. d/b/a Mamajuana Café have been **STAYED**.

Dated: New York, New York
       July 11, 2016

                                            **PICK & ZABICKI LLP**
                                            Bankruptcy Counsel to Defendant
                                            Vida Café Inc. d/b/a Mamajuana Café

                                            By: _____
                                                Douglas J. Pick
                                              369 Lexington Avenue, 12th Floor
                                              New York, New York 10017
                                              (212) 695-6000

United States Bankruptcy Court
Southern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 07/11/2016 at 5:13 PM and filed on 07/11/2016.

**Vida Cafe Inc.**
247 Dyckman Street
New York, NY 10034
Tax ID / EIN: 20-2709898
*dba* **Mamajuana Cafe**

The case was filed by the debtor's attorney:

**Douglas J. Pick**
Pick & Zabicki LLP
369 Lexington Avenue, 12th Floor
New York, NY 10017
(212) 695-6000

The case was assigned case number 16-11978.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |
| 07/11/2016 17:13:53 |

| PACER Login: | dp0159:2539282:0 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 16-11978 |
| Billable Pages: | 1 | Cost: | 0.10 |

Case 1:15-cv-02015-RJS   Document 60   Filed 07/11/16   Page 3 of 4

| PACER Login: | dp0159:2539282:0 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 16-11978 |
| Billable Pages: | 1 | Cost: | 0.10 |

**Open New Voluntary Bankruptcy Case**

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Bankruptcy Case Filing

The following transaction was received from Douglas J. Pick entered on 7/11/2016 at 5:13 PM and filed on 7/11/2016
**Case Name:**     Vida Cafe Inc.
**Case Number:**   16-11978
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Small Business Chapter 11 Plan due by 5/7/2017, Filed by Douglas J. Pick of Pick & Zabicki LLP on behalf of Vida Cafe Inc.. (Pick, Douglas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Petition & Schedules.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/11/2016] [FileNumber=15394790-0]
[0255bacf9c5914e876c3a32197bfcf3ba98526083fb8bd96bf14193e0b85504cf9ad
90c764227725762c238a16833f0f44b9678fbebf29fc203ac43df0f2d42c]]

**16-11978 Notice will be electronically mailed to:**

Douglas J. Pick on behalf of Debtor Vida Cafe Inc.
dpick@picklaw.net, ezabicki@picklaw.net

**16-11978 Notice will not be electronically mailed to:**

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014