UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZEFERINO CASTELAN-HILARIO, *et al.*, on behalf of themselves and others similarly situated,

                  Plaintiffs,

-v-

VIDA CAFE INC., *et al.*,

                  Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/16

No. 15-cv-2015 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a Notice of Bankruptcy Filing from Defendant Vida Café Inc. d/b/a/ Mamajuana Cafe ("Vida Café"). (Doc. No. 60.) Thus, by virtue of Section 362(a) of the Bankruptcy Code, the proceedings against Vida Café are stayed. However, the Bankruptcy stay, by its plain terms, has no effect on the individual Defendants in this matter or on Rancho Vida LLC d/b/a Mamajuana Café. *Pavers & Rd. Builders Dist. Council Welfare Fund v. Core Contracting of N.Y., LLC*, 536 B.R. 48, 50 (E.D.N.Y. 2015) ("[S]ince this action involves non-debtor defendants in addition to the debtor defendant, the action would continue against those non-debtor defendants.").

    IT IS HEREBY ORDERED that Plaintiffs shall respond by letter, no later than July 13, 2016, indicating whether they wish to proceed with the trial scheduled for July 25, 2016 or wish for the Court to stay this matter during the pendency of Vida Café's bankruptcy proceeding.

SO ORDERED.

Dated:    July 11, 2016
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE