# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

July 14, 2016

**BY ECF**

Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> IT IS HEREBY ORDERED that the parties shall appear, as previously ordered, at the Pretrial Conference scheduled for tomorrow, July 15, 2016 at 11:30 a.m., at which time the Court will discuss the parties' joint proposal.
>
> SO ORDERED.
> Dated: 7/14/16
> RICHARD J. SULLIVAN
> U.S.D.J.

Re: *Castelan-Hilario, et al. v. Vida Café Inc., et al.*
   *Case No. 15-CV-2015 (RJS) (HP)*

Dear Judge Sullivan,

We are counsel to the plaintiffs in the above-referenced matter. In light of Vida Café Inc.'s recent Chapter 11 bankruptcy filing, the parties have agreed, with the Court's consent, to proceed as follows:

1) Stay the action and trial as against Vida Café Inc. during the pendency of the corporation's bankruptcy;

2) Enter a confession of judgment as against defendant Victor Osorio in the amount of $600,000; and

3) Dismiss the action, without prejudice, as against defendants Rancho Vida LLC and Victor Santos.

If the foregoing is permissible, the parties request that they be given two weeks to file the necessary paperwork to complete numbers 2 and 3 above. In the event that the Court requires that the case either proceed or be stayed as against the remaining defendants, then it is plaintiffs' preference the entire matter be stayed during the bankruptcy.

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/16

Hon. Richard J. Sullivan, U.S.D.J.
July 14, 2016
Page 2

      We thank the Court for its continued attention to this matter.

      Respectfully submitted,

*Justin Cilenti*

cc: Kevin B. Faga, Esq. (by ECF)