# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

September 20, 2016

**BY ECF**

Hon. Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Castelan-Hilario, et al. v. Vida Café Inc., et al.*
         <u>*Case No. 15-CV-2015 (RJS) (HP)*</u>

Dear Judge Sullivan,

  We are counsel to the plaintiffs in the above-referenced matter. In accordance with the Court's August 31 and September 20, 2016 Orders, kindly accept this letter as plaintiffs' status report.

  Out the outset, we apologize to the Court for not submitting this letter by the September 14, 2016 deadline as set forth in the Court's Order. It was an inadvertent oversight, and not an intentional failure to abide by the Court's Orders. Accordingly, we respectfully request that the Court not sanction plaintiffs or their attorney for this error.

  With respect to Vida Café's bankruptcy, pursuant to Bankruptcy Rule 3003(c)(3), all persons that asserted a claim against Vida Café prior to the filing of its bankruptcy petition must file a proof of claim with the Bankruptcy Court on or before October 31, 2016. To fully protect their rights, and to ensure that, to the extent a distribution to creditors is approved as part of the bankruptcy plan, Plaintiffs intend to file their proof of claims with the Bankruptcy Court and will do so well in advance of this deadline.

  Meanwhile, the parties remain in contact with Vida Café's bankruptcy counsel and are engaging in discussions to determine whether there is a way that plaintiffs' claims against the debtor can be resolved in a way that is satisfactory to both the Bankruptcy Court and this Court. Therefore, we ask that the Court continue to stay the action and trial as against Vida Café while these discussion are ongoing.

Hon. Richard J. Sullivan, U.S.D.J.
September 20, 2016
Page 2

We will keep the Court apprised of all future developments with another status report on or before September 29, 2016 and every fifteen (15) days thereafter.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*Justin Cilenti*

cc: Kevin B. Faga, Esq. (by ECF)

---

```
The Court finds that sanctions are not warranted at this time.  As previously
ordered, Plaintiffs shall file another status letter by September 29, 2016, and
every fifteen (15) days thereafter.
```

SO ORDERED
Dated: 9/21/16

RICHARD J. SULLIVAN
U.S.D.J.

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/16